UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY MANUFACTURING | ) | CASE NO. 03-32063-WRS |
| COMPANY, INC. | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 03-32213-WRS |
| TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| J. LESTER ALEXANDER, III, | ) | |
| TRUSTEE OF TERRY | ) | |
| MANUFACTURING COMPANY, INC. | ) | |
| AND TERRY UNIFORM | ) | |
| COMPANY, LLC, | ) | CIVIL ACTION NO. |
| Cross-Appellant/Appellee, | ) | |
| | ) | 2:07-CV-0620 |
| VERSUS | ) | |
| | ) | |
| DELONG, CALDWELL, NOVOTNY, | ) | |
| & BRIDGERS, L.L.C. , DELONG | ) | |
| CALDWELL LOGUE & WISEBRAM, | ) | |
| DELONG & CALDWELL, L.L.C. | ) | |
| AND EARNEST H. DELONG, JR., | ) | |
| Appellants/Cross-Appellees | ) | |

**Appeal from the United States Bankruptcy Court for the Middle District of Alabama**
**Adversary Proceeding No.: 04-03135**

**MOTION TO DISMISS APPEAL**

Brent B. Barriere, T.A.  (La. Bar No. 2818)
Catherine E. Lasky (La. Bar No. 28652)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone:  (504) 566-1311
Facsimile:   (504) 568-9130

NO.99801166.1

NOW INTO COURT, through undersigned counsel, comes Appellee and Cross-Appellant, J. Lester Alexander, III, the duly-appointed and acting Trustee of Terry Manufacturing Company, Inc. and Terry Uniform Company, LLC ("Trustee") who respectfully requests that this Court enter an order dismissing the appeal of Appellant Earnest H. DeLong, Jr. ("DeLong") pursuant to Bankruptcy Rules 8001(a) and 8009(a)(1).  In support of his motion, the Trustee respectfully submits:

1.

On May 29, 2007, the Bankruptcy Court entered a judgment in favor of the Trustee and against DeLong in the amount of $476,233.67 in the adversary proceeding styled *J. Lester Alexander, III v. DeLong, Caldwell, Novotny & Bridgers, LLC; DeLong, Caldwell, Logue and Wisebram, LLC; DeLong & Caldwell, LLC and Earnest H. DeLong, Jr.*,  Case Number 04-03135.

2.

On June 8, 2007, DeLong filed a Notice of Appeal of the Judgment entered by the Bankruptcy Court.

3.

On July 6, 2007, the Bankruptcy Court Clerk transmitted the record on appeal to the District Court Clerk and according to Bankruptcy Rule 8009(a)(1), DeLong's brief was to be filed within 15 days after the docketing of the appeal or July 21, 2007.  This date was noted by the District Court Clerk in the docket entry regarding the transmittal of the record on appeal (Docket #1).  Notice of the transmittal of appeal was not only served upon Earnest DeLong, but also upon his law partners, Charles Bridgers and Michael Caldwell.

4.

Because July 21, 2007 fell on a Saturday, DeLong's brief was due to be filed on Monday, July 23, 2007. DeLong failed to file his brief on or before July 23, 2007. Indeed, the brief has not been filed as of this date.

5.

Bankruptcy Rule 8001(a) specifically gives this Court the authority to dismiss DeLong's appeal in light of his failure to file his brief in accordance Bankruptcy Rule 8009. "An appellant's failure to take any step other than timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal." Bankruptcy Rule 8001(a).

6.

Other District Courts have dismissed the appeals of Appellants who have failed to file a timely brief as required by with Bankruptcy Rule 8009. *See, e.g.*, *In re Shah*, 204 Fed.Appx. 437, 438, 2006 WL 3193373 (5th Cir. 2006) ("The district court did not commit any legal error in its ruling, and its order shows no indication that it failed to weigh the severity of the sanction against the extent of Mehta's violation of rule 8009. The court had discretion to dismiss the appeal, and it did not abuse that discretion."); *In re Salter*, 251 B.R. 689, 691-92 (S.D. Miss. 2000) (granting motion to dismiss appeal filed seven days after brief was required to be filed under Rule 8009 and stating that failure to receive notice of docketing of the appeal may not excuse untimely filing of brief). *See also International Brotherhood of Teamsters v. Braniff Airways, Inc.*, 774 F.2d 1303 (5th Cir.1985); *Pyramid Mobile Homes, Inc. v. Speake*, 531 F.2d 743 (5th Cir.1976).

7.

Courts are often reluctant to penalize the appellant for his attorney's failure to file timely pleadings. *See, e.g.*, *In re Russell*, 746 F.2d 1419 (10th Cir.1984)(failing to dismiss appeal even though brief was filed untimely because harm would be to appellant for attorney's mistake). However, such concern is not necessary in this case. In the instant case, Appellant DeLong is himself a lawyer who along with his law partners is defending himself in this legal malpractice action brought by the Trustee. DeLong's failure to file a timely brief is negligent and inexcusable and a waste of the bankruptcy estate's resources.

For the foregoing reasons, the Trustee respectfully requests that pursuant to Bankruptcy Rule 8001(a), this Court dismiss the appeal filed by Appellant Earnest H. DeLong, Jr. for his failure to comply with Bankruptcy Rule 8009(a)(1) and such other and further relief to which the Trustee may be entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:   /s/  Brent B. Barriere
      Brent B. Barriere, T.A.  (La. Bar No. 2818)
      Catherine E. Lasky (La. Bar No. 28652)
      365 Canal Street, Suite 2000
      New Orleans, LA 70130
      Telephone:  (504) 566-1311
      Facsimile:  (504) 568-9130

**ATTORNEYS FOR J. LESTER ALEXANDER, III, TRUSTEE FOR TERRY MANUFACTURING COMPANY, INC. AND TERRY UNIFORM COMPANY, LLC**

- 5 -

## CERTIFICATE OF SERVICE

I certify that, on this 3rd day of August, 2007, by United States mail, properly addressed and postage pre-paid to the following persons:

Earnest H. Delong , Jr.
Charles Bridgers
Michael Caldwell
Delong Caldwell & Bridgers LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

                                                                /s/  Brent B. Barriere_____

NO.99801166.1