UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EARNEST H. DELONG, JR. ) | |
| ) | |
|    Appellant/Cross-Appellee ) | |
| ) | |
| VS. ) | CIVIL ACTION FILE |
| ) | |
| ) | NO: 2:07-CV-00620-WKW |
| J. LESTER ALEXANDER, III, ) | |
| TRUSTEE OF TERRY ) | |
| MANUFACTURING COMPANY, ) | |
| INC. AND TERRY UNIFORM ) | |
| COMPANY, ) | |
| ) | |
|    Appelle/Cross-Appellant ) | |

CONFLICT DISCLOSURE STATEMENT

Come now Earnest H. DeLong, Jr., Appellant/Cross-Appellee in the above captioned matter, and in accordance with the Court's Notice in this matter makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries, affiliates, or similar entities, reportable under the provisions of the Middle District of Alabama's General Order No. 3047).

   1.    Earnest H. DeLong, Jr. is an individual. Other related entities are, DELONG, CALDWELL NOVOTNY & BRIDGERS, L.L.C., DELONG, CALDWELL, LOGUE & WISEBRAM, L.L.C., DELONG & CALDWELL, L.L.C.

all are limited liability company organized (or at one time were organized) under Georgia law and are involved parties.

    2.    None of the reporting parties is a governmental entity.

    3.    There are no other entities to be reported.

This 7th day of January, 2008.

                            Respectfully submitted,

                            ___s/ Earnest H. DeLong, Jr.___
                            Earnest H. DeLong, Jr.
                            Georgia Bar No. 217300
                            101 Marietta Street
                            Suite 3100
                            Atlanta, Georgia 30303
                            Telephone: 404/979-3150
                            Facsimile: 404/979-3170

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EARNEST H. DELONG, JR.   ) | |
| ) | |
|    Appellant/Cross-Appellee   ) | |
| ) | |
| VS.   ) | CIVIL ACTION FILE |
| ) | |
| ) | NO: 2:07-CV-00620-WKW |
| J. LESTER ALEXANDER, III,   ) | |
| TRUSTEE OF TERRY   ) | |
| MANUFACTURING COMPANY,   ) | |
| INC. AND TERRY UNIFORM   ) | |
| COMPANY,   ) | |
| ) | |
|    Appelle/Cross-Appellant   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day January 7, 2008, electronically filed the foregoing Conflict Disclosure Statement with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.

   s/ Earnest H. DeLong, Jr.